RICHARD N. HILL, Bar No. 083629
MOLLY AGARWAL, Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
rhill@littler.com, magarwal@littler.com

Attorneys for Defendant
BAYSIDE INTERIORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BAYSIDE INTERIORS, INC.,<br><br>　　　　　Defendant. | Case No. C 07 2585 JL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 2, 2007

Respectfully submitted,

/s/ Molly Agarwal
RICHARD N. HILL
MOLLY AGARWAL
LITTLER MENDELSON, P.C.

Counsel for Defendant
BAYSIDE INTERIORS, INC.

Firmwide:82726545.1 054978.1001

DECL. TO PROCEED BEF. MAGIS. JUDGE
AND REQ. FOR REASSIGNMENT TO U.S.
DIST. JUDGE

1.

CASE NO. C 07 2585