**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   CESAR CALDERON,                              No. C 07-02585 CRB
12              Plaintiff,                        **Clerk's Notice**
13       v.
14   BAYSIDE INTERIORS INC,
15              Defendant.
     _____/
16
17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18   Friday, September 21, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case
     management scheduling order shall remain the same.
19
20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
21   San Francisco, CA  94102.
22
     Dated: July 12, 2007                        FOR THE COURT,
23
                                                 Richard W. Wieking, Clerk
24                                               By:_____
25                                                  Barbara Espinoza
                                                    Courtroom Deputy
26
27
28