UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CESAR CALDERON

CASE NO. C 07-02585 CRB

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

BAYSIDE INTERIORS INC.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Patricia Shiu | Cesar Calderon | 415-864-8848 | pshiu@las-elc.org |
| Elizabeth Kristen | Cesar Calderon | 415-864-8848 | ekristen@las-elc.org |
| Sharon Terman | Cesar Calderon | 415-864-8848 | sterman@las-elc.org |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: Aug. 15, 2007

Sharon Terman
Attorney for Plaintiff

Dated: _____

_____
Attorney for Defendant

Rev 12.05