UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CESAR CALDERON,

                     Plaintiff(s),

           v.

BAYSIDE INTERIORS, INC.,

                   Defendant(s).
_____/

CASE NO. C 07 02585 CRB

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

    ☐ have not yet reached an agreement to an ADR process
    ✓ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 21, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Richard N. Hill | Bayside Interiors, Inc. | 415.677.3170 | rhill@littler.com |
| Molly Agarwal | Bayside Interiors, Inc. | 415.288.6356 | magarwal@littler.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

Dated: 8/15/07

                                                        Attorney for Plaintiff
                                                        *Molly Agarwal* (signature)
                                                        Molly Agarwal
                                                        Attorney for Defendant

Rev 12.05