1  RICHARD N. HILL, Bar No. 083629
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:     415.399.8490
5  E-mail: rhill@littler.com; magarwal@littler.com

6  Attorneys for Defendant
   BAYSIDE INTERIORS, INC.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11 CESAR CALDERON,                    Case No.  C 07 2585 CRB

12              Plaintiff,            **CERTIFICATION OF INTERESTED
                                      ENTITIES OR PERSONS**
13      v.

14 BAYSIDE INTERIORS, INC.,

15              Defendant.

16

17 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
   DISTRICT OF CALIFORNIA:
18

19          PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-16, the undersigned certifies

20 that as of this date, other than the named parties, there is no such interest to report.

21

22

23 Dated: August 29, 2007

24                                   RICHARD N. HILL
                                     MOLLY AGARWAL
25                                   LITTLER MENDELSON
                                     A Professional Corporation
                                     Attorneys for Defendant
26                                   BAYSIDE INTERIORS, INC.

27 Firmwide:82969851.1 054978.1001

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS**                              **CASE NO. C 07 2585 CRB**