1  Patricia A. Shiu, State Bar No. 104894
2  Elizabeth Kristen, State Bar No. 218227
   Sharon Terman, State Bar No. 237236
3  THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
   600 Harrison St., Suite 120
4  San Francisco, CA  94107
   Telephone:  (415) 864-8848
5  Facsimile:  (415) 864-8199

6  Attorneys for Plaintiff
   Cesar Calderón

7

8              THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  CESAR CALDERÓN,                    )
                                       )  Case No. C-07-2585-CRB
12          Plaintiff,                 )
                                       )
13                                     )  **CERTIFICATION OF INTERESTED**
        v.                             )  **ENTITIES OR PERSONS**
14                                     )
                                       )  **[Civil L.R. 3-16]**
15  BAYSIDE INTERIORS, INC.            )
                                       )
16          Defendant.                 )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )

20
        Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the
21
    named parties, no interest is known other than that of the named parties to this action.
22

23

24  Dated:    August 29, 2007                    Respectfully submitted,

25                                               Patricia A. Shiu
                                                 Elizabeth Kristen
26                                               Sharon Terman
                                                 THE LEGAL AID SOCIETY
27                                               EMPLOYMENT LAW CENTER

28

29

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Page 1
CASE NO. C-07-2585-CRB

By: _/s/ Sharon T._
Sharon Terman

Attorney for Plaintiff
CESAR CALDERON