<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: <u>**September 21, 2007**</u>

<u>**C-07-02585**</u> **CRB**

<u>**CESAR CALDERON**</u>  **v.** <u>**BAYSIDE INTERIORS INC**</u>

Attorneys:    <u>Elizabeth Kristen            </u>        <u> Richard Hill            </u>

              <u> Sharon Terman            </u>        <u>                        </u>

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: <u> **N/A** </u>
<u>**PROCEEDINGS:**</u>                                               <u>**RULING:**</u>

1. <u> Initial Case Management Conference    -   Held                        </u>        <u>            </u>

2. <u>                                                        </u>        <u>            </u>

3. <u>                                                        </u>        <u>            </u>

<u>**ORDERED AFTER HEARING:**</u>

<u> Matter referred to mediation to be held before the next conference                              </u>

<u>                                                                        </u>
(  ) ORDER TO BE PREPARED BY:    Plntf <u>     </u> Deft <u>     </u>  Court <u>     </u>

(  ) Referred to Magistrate Judge For: <u>                                        </u>

(X) CASE CONTINUED TO <u> December 14, 2007 @ 8:30 a.m. </u> for <u> Further Case Management Conference </u>

Discovery Cut-Off <u>                        </u>     Expert Discovery Cut-Off <u>                </u>

Plntf to Name Experts by <u>                    </u>     Deft to Name Experts by <u>                </u>

P/T Conference Date <u>                </u> Trial Date <u>                </u> Set for <u>       </u> days
Type of Trial:  (  )Jury    (  )Court

Notes: <u>                                                                </u>

<u>                                                                        </u>

<u>                                                                        </u>