1  RICHARD N. HILL, Bar No. 083629
   MOLLY AGARWAL, Bar No. 247545
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:   415.433.1940
   Facsimile:   415.399.8490
5  Email: rhill@littler.com, magarwal@littler.com

6  Attorneys for Defendant
   BAYSIDE INTERIORS, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 CESAR CALDERON,                      Case No. C07 2585

12              Plaintiff,              **DEFENDANT BAYSIDE INTERIORS,
                                        INC.'S SECOND OFFER OF JUDGMENT
13       v.                             TO PLAINTIFF**

14 BAYSIDE INTERIORS, INC.,             [FRCP, Rule 68]

15              Defendant.
                                        Complaint Filed:   May 16, 2007
16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT BAYSIDE INTERIORS, INC'S OFFER OF
JUDGMENT TO PLAINTIFF

Case No. C07 2585

1  TO PLAINTIFF AND HIS COUNSEL OF RECORD:

2      Defendant Bayside Interiors, Inc. ("Bayside") hereby offers to allow entry of
3  judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows: Judgment in favor
4  of Plaintiff Cesar Calderon ("Plaintiff") and against Bayside in the sum of Fifty Thousand and One
5  Dollars ($50,001), plus reasonable attorneys' fees and costs incurred through the date of this offer as
6  determined by the Court.

7      You have ten (10) days from the date on which this offer was served in which to
8  accept it in writing. If you fail to accept the offer within the time allowed, it is deemed withdrawn.
9  If you fail to recover a more favorable judgment than the one specified in this offer of judgment, you
10 may be liable for all of the costs of suit, including reasonable attorney's fees, incurred by Bayside
11 after the date of this offer.

13 Dated: September 25, 2007

*Molly Agarwal* (signature)

RICHARD N. HILL
MOLLY AGARWAL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
BAYSIDE INTERIORS, INC.

18 Firmwide:83145998.1 054978.1001

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT BAYSIDE INTERIORS, INC'S OFFER OF
JUDGMENT TO PLAINTIFF

Case No. C07 2585

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 3701 Sacramento Street, #269, San Francisco, California 94118. On September 25, 2007, I served the within documents:

**DEFENDANT BAYSIDE INTERIORS, INC.'S SECOND OFFER OF JUDGMENT TO PLAINTIFF [FRCP, RULE 68]**

by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below:

Sharon Terman
Legal Aid Society Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 25, 2007 at San Francisco, California.

_____
Toshinori Kawase

Firmwide:83147767.1 054978.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

1.

PROOF OF SERVICE                                                           CASE NO. C 07-02585 CRB