Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

Attorneys for Plaintiff
Cesar Calderón

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYSIDE INTERIORS, INC.<br><br>    Defendant. | Case No. C-07-2585-CRB<br><br>**[PROPOSED] JUDGMENT**<br><br>Complaint Filed:  May 16, 2007 |

Pursuant to Plaintiff Cesar Calderón's written acceptance of Defendant Bayside Interiors, Inc.'s Offer of Judgment made pursuant to Federal Rule of Civil Procedure 68,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. Judgment is hereby entered in favor of Plaintiff Cesar Calderón and against Defendant Bayside Interiors, Inc. in the sum of Fifty Thousand and One Dollars ($50,001), plus reasonable attorneys' fees and costs incurred through the date of the offer as determined by the Court.

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] JUDGMENT            Page 2
CASE NO. C-07-2585-CRB