Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Cesar Calderón

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAYSIDE INTERIORS, INC.<br><br>　　　　Defendant. | Case No. C-07-2585-CRB<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S SECOND OFFER OF JUDGMENT**<br><br>[Fed.R.Civ.P. 68]<br><br>Complaint Filed: May 16, 2007 |

TO DEFENDANT AND ITS COUNSEL OF RECORD:

　　Pursuant to Federal Rule of Civil Procedure 68, Plaintiff Cesar Calderón hereby accepts Defendant Bayside Interiors, Inc.'s offer to have a judgment entered in Plaintiff's favor and against Defendant in the sum of Fifty Thousand and One Dollars ($50,001), plus reasonable attorneys' fees and costs incurred through the date of the offer, as determined by the Court.

Dated:   September 28, 2007

Patricia A. Shiu
Elizabeth Kristen
Sharon Terman
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER

By:  *Sharon Terman* (signature)
Sharon Terman

Attorney for Plaintiff
CESAR CALDERON

# PROOF OF SERVICE

I, PAMELA MITCHELL, declare:

I am a citizen of the United States, over 18 years of age, employed in the County of San Francisco, and not a party to or interested in the within entitled action. I am an employee of THE LEGAL AID SOCIETY - THE EMPLOYMENT LAW CENTER, and my business address is 600 Harrison St., Ste. 120, San Francisco, California 94107.

On September 28, 2007, I served the within:

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S SECOND OFFER OF JUDGMENT**

on all parties in said action:

X    by placing a true copy thereof enclosed in a sealed envelope and causing it to be delivered via messenger to the address listed below:

Richard N. Hill
Molly Agarwal
Littler Mendelson
650 California St., 20th Floor
San Francisco, CA 94108-2693

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on September 28, 2007 at San Francisco, California.

_____
PAMELA MITCHELL

PROOF OF SERVICE
CASE NO. C-07-2585-CRB