Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Cesar Calderón

Richard N. Hill, State Bar No. 083629
Molly Agarwal, State Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415-433-1940
Facsimile: 415-399-8490

Attorneys for Defendant
Bayside Interiors, Inc.

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN,<br><br>Plaintiff,<br><br>v.<br><br>BAYSIDE INTERIORS, INC.,<br><br>Defendant. | Case No. C 07 02585-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING MOTION FOR ATTORNEY'S FEES AND COSTS** |

Pursuant to Civil Local Rules 6-2 and 54-6, the parties agree, subject to the Court's approval, that plaintiff Cesar Calderón should have an extension of 14 days to file a motion for attorney's fees and costs in the above-titled action. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), the current time for filing a motion for attorney's fees and costs is October 16, 2007. The parties are engaging in meaningful settlement negotiations regarding attorney's fees and

1  costs. The parties believe that an extension of 14 days, until October 30, 2007, will provide them
2  with the opportunity to complete their negotiations.

**IT IS SO STIPULATED.**

Dated: October 10, 2007      By: _/s/ Sharon Terman_
                                  Sharon Terman
                                  Attorney for Plaintiff Cesar Calderón

Dated: October 10, 2007      By: _/s/ Molly Agarwal_
                                  Molly Agarwal
                                  Attorney for Defendant Bayside Interiors, Inc.

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR FILING MOTION FOR ATTORNEY'S FEES AND COSTS                                    Page 2
CASE NO. C 07 02585-CRB