1 | Patricia A. Shiu, State Bar No. 104894
2 | Elizabeth Kristen, State Bar No. 218227
    Sharon Terman, State Bar No. 237236
3 | THE LEGAL AID SOCIETY
    EMPLOYMENT LAW CENTER
4 | 600 Harrison Street, Suite 120
    San Francisco, CA 94107
5 | Telephone: (415) 864-8848
6 | Facsimile: (415) 864-8199

7 | Attorneys for Plaintiff
    Cesar Calderón

Richard N. Hill, State Bar No. 083629
Molly Agarwal, State Bar No. 247545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: 415-433-1940
Facsimile: 415-399-8490

Attorneys for Defendant
Bayside Interiors, Inc.

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN, <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE INTERIORS, INC., <br><br> Defendant. | Case No. C 07 02585-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING MOTION FOR ATTORNEY'S FEES AND COSTS** |

Pursuant to Civil Local Rules 6-2 and 54-6, the parties agree, subject to the Court's approval, that plaintiff Cesar Calderón should have an extension of 14 days to file a motion for attorney's fees and costs in the above-titled action. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), the current time for filing a motion for attorney's fees and costs is October 16, 2007. The parties are engaging in meaningful settlement negotiations regarding attorney's fees and

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR FILING MOTION FOR ATTORNEY'S FEES AND COSTS                                      Page 1
CASE NO. C 07 02585-CRB

1  costs. The parties believe that an extension of 14 days, until October 30, 2007, will provide them
2  with the opportunity to complete their negotiations.

3

4  **IT IS SO STIPULATED.**

5

6  Dated: October 10, 2007            By:  /s/ Sharon Terman
                                            Sharon Terman
7                                           Attorney for Plaintiff Cesar Calderón

8  Dated: October 10, 2007            By:  /s/ Molly Agarwal
                                            Molly Agarwal
9                                           Attorney for Defendant Bayside Interiors, Inc.

10

11

12         **PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

13

14  Dated: October 12, 2007

15

16                                          _____
                                            THE HONORABLE CHARLES R. BREYER
17                                          UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
FOR FILING MOTION FOR ATTORNEY'S FEES AND COSTS                                  Page 2
CASE NO. C 07 02585-CRB