Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
The LEGAL AID SOCIETY- EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Cesar Calderón

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN,<br><br>           Plaintiff,<br><br>vs.<br><br>BAYSIDE INTERIORS, INC.,<br><br>           Defendant. | Case No. C 07 02585-CRB<br><br>**DECLARATION OF SHARON TERMAN VERIFYING BILL OF COSTS PURSUANT TO 28 U.S.C. § 1924** |

I, Sharon Terman, declare:

1.  I am an attorney licensed to practice law in California, and a member of this Court. I am counsel of record in this case.

2.  I make this declaration in support of Plaintiff's Bill of Costs. I have personal knowledge of the facts stated herein, except as to those matters alleged on information and belief, and as to those matters I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

3.  The Bill of Costs separately and specifically states each item of taxable costs claimed. All of the costs incurred by the Legal Aid Society-Employment Law Center (LAS-ELC) are accurate and were actually and necessarily incurred in this case.

4.  I prepared the Bill of Costs filed herewith. I am enclosing: 1) an invoice for this Court's filing fee; and 2) an invoice for reproduction of government records. Each item of taxable costs claimed is described below.

### Court Filing Fee (Local Rule 54-3(a))

5.  Attached hereto as Exhibit A is a true and correct copy reflecting payment to the Clerk of the Court for the filing fee for this case. This fee is $350.00.

### Fees For Reproducing Government Records (Local Rule 54-3(d)(1))

6.  Attached hereto as Exhibit B is a true and correct copy reflecting the costs incurred for copying Plaintiff's file from the Department of Fair Employment and Housing. This fee totals $18.90.

### Fees for Reproducing Disclosure or Formal Discovery Documents (Local Rule 54-3(d)(2))

7.  The cost incurred for in-house copying of Plaintiff's Initial Disclosure documents is $30.32. The LAS-ELC charges $0.08 per page. Plaintiff's Initial Disclosure Documents consist of 379 pages.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed in San

DECLARATION OF SHARON TERMAN IN SUPPORT OF BILL OF COSTS        1

1  Francisco, California on October 16, 2007.

*[signature: Sharon Te—]*

Sharon Terman
Counsel for Plaintiff

# EXHIBIT A
Sharon Terman's Declaration
Verifying Bill of Costs

**The Legal Aid Society-Employment Law Center**

Clerk, US District Court

| Invoice # - Description | Check Amount: | Discount Taken | Amount Paid |
|---|---|---|---|
| 051407expreque | $350.00 | | 350.00 |

Check Number: 29607
Check Date: May 14, 2007

**29607**

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611006400
Cashier ID: almaceh
Transaction Date: 05/16/2007
Payer Name: THE LEGAL AID SOCIETY

CIVIL FILING FEE
 For: THE LEGAL AID SOCIETY
 Case/Party: D-CAN-3-07-CV-002585-001
 Amount:      $350.00

CHECK
 Check/Money Order Num: 29607
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

C07-2585 JL

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

# EXHIBIT B
Sharon Terman's Declaration
Verifying Bill of Costs

**The Legal Aid Society-Employment Law Center**

Department of Fair Employment & Housing

Check Number: 29737
Check Date: Jun 19, 2007
Duplicate
Check Amount: $18.90

| Invoice # - Description | Discount Taken | Amount Paid |
|---|---|---|
| Litigation fees Investigators | | 18.90 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

| Date | Description | Amount | |
|---|---|---|---|
| 6-18-07 | Copying charges for Cesar Calderon's DFEH file | 18.90 | 510 |
| | | | |
| | TOTAL | $ 18.90 | |

**DOCUMENTATION ATTACHED:**
☑ Invoice
☐ Order Form
☐ Filing Fee Documentation
☐ Receipts
☐ Memo explaining request

**SPECIAL INSTRUCTIONS**

☐ Need Check by: _____
☐ Give Check to: _____

The check should be made payable to Department of Fair Employment and Housing and sent to the attention of Elida M. Ramirez, Custodian of Records. Thank you!



The Legal Aid Society
EMPLOYMENT LAW CENTER

# Expense Reimbursement / Check Request

**Check to:** Department of Fair Employment and Housing
**Requested by:** Sharon Terman
**Date:** June 18, 2007
**Approved:**

| Date of Expense | Description of Expense and Purpose of Trip | Amount | Case Number/ Project Name |
|---|---|---|---|
| 6-18-07 | Copying charges for Cesar Calderon's DFEH file | 18.90 | 516 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | $ 18.90 | |

**DOCUMENTATION ATTACHED:**

☑ Invoice

☐ Order Form

☐ Filing Fee Documentation

☐ Receipts

☐ Memo explaining request

**SPECIAL INSTRUCTIONS**

☐ Need Check by:

☐ Give Check to:

The check should be made payable to Department of Fair Employment and Housing and sent to the attention of Elida M. Ramirez, Custodian of Records. Thank you!

STATE OF CALIFORNIA – State and Consumer Services Agency                                ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1001 Tower Way, Ste. 250, Bakersfield, CA 93309
(661) 395-2729  TTY (800) 700-2320  Fax (661) 395-2972
www.dfeh.ca.gov


RECEIVED
JUN 18 2007
LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER



June 13, 2007

Sharon Terman
THE LEGAL AID SOCIETY
600 Harrison Street, Suite #120
San Francisco, CA 94107

RE:  E 200607 H-0445-00-fpre
     <u>CALDERON/Bayside Interiors, Inc.</u>

Dear Ms. Terman:

This letter will serve to respond to your request for public documents pursuant to the provisions of the California Public Records Act, Government Code section 6250 et seq.

The Department of Fair Employment and Housing will produce all "public records," as said term is defined under Government Code section 6252, subdivision (e), except those public records specifically exempt from disclosure under Government Code sections 6254(a)-(z) and 6254.25, and those records subject to redaction pursuant to Civil Code section 1798 et seq. Additionally, each document may be redacted to remove any "personal information," as said term is defined in Civil Code section 1798.3, subdivision (a). Please note that each disclosure request is processed independently.

Please be advised that the Department of Fair Employment and Housing requires payment of copy and postage fees prior to the completion of processing. Our fee for copying is ten (.10) cents per page. (Gov. Code, § 6253 (b).)

The total amount for copy fees (**139 pages**) plus postage is **$18.90**. Please make the check or money order payable to the Department of Fair Employment and Housing and send it to my attention at 1001 Tower Way, Suite #250, Bakersfield, CA 93309.

Please note that if timely payment is not received you may have to submit a new request.

Sincerely,

Elida M. Ramirez
Custodian of Records

DFEH-200-15 (02/06)