# EXHIBIT A

Sharon Terman's Declaration
Verifying Bill of Costs

**The Legal Aid Society-Employment Law Center**
Clerk, US District Court

| Invoice # - Description | | Check Number: | 29607 |
|---|---|---|---|
| 051407expreque | | Check Date: | May 14, 2007 |
| | | Check Amount: | $350.00 |
| | | Discount Taken | |
| | | Amount Paid | 350.00 |

29607

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611006400
Cashier ID: almaceh
Transaction Date: 05/16/2007
Payer Name: THE LEGAL AID SOCIETY

CIVIL FILING FEE
 For: THE LEGAL AID SOCIETY
 Case/Party: D-CAN-3-07-CV-002585-001
 Amount:       $350.00

CHECK
 Check/Money Order Num: 29607
 Amt Tendered: $350.00

Total Due:     $350.00
Total Tendered: $350.00
Change Amt:    $0.00

C07-2585 JL

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```