Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
The LEGAL AID SOCIETY- EMPLOYMENT LAW CENTER
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
Facsimile: (415) 864-8199

Attorneys for Plaintiff
Cesar Calderón

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN,<br><br>    Plaintiff,<br><br>vs.<br><br>BAYSIDE INTERIORS, INC.,<br><br>    Defendant. | Case No. C 07 02585-CRB<br><br>**DECLARATION OF SHARON TERMAN VERIFYING BILL OF COSTS PURSUANT TO 28 U.S.C. § 1924** |

I, Sharon Terman, declare:

1.  I am an attorney licensed to practice law in California, and a member of this Court. I am counsel of record in this case.

2.  I make this declaration in support of Plaintiff's Bill of Costs. I have personal knowledge of the facts stated herein, except as to those matters alleged on information and belief, and as to those matters I believe them to be true. If called upon as a witness, I could and would competently testify thereto.

3.  The Bill of Costs separately and specifically states each item of taxable costs claimed. All of the costs incurred by the Legal Aid Society-Employment Law Center (LAS-ELC) are accurate and were actually and necessarily incurred in this case.

4.  I prepared the Bill of Costs filed herewith. I am enclosing: 1) an invoice for this Court's filing fee; and 2) an invoice for reproduction of government records. Each item of taxable costs claimed is described below.

### Court Filing Fee (Local Rule 54-3(a))

5.  Attached hereto as Exhibit A is a true and correct copy reflecting payment to the Clerk of the Court for the filing fee for this case. This fee is $350.00.

### Fees For Reproducing Government Records (Local Rule 54-3(d)(1))

6.  Attached hereto as Exhibit B is a true and correct copy reflecting the costs incurred for copying Plaintiff's file from the Department of Fair Employment and Housing. This fee totals $18.90.

### Fees for Reproducing Disclosure or Formal Discovery Documents (Local Rule 54-3(d)(2))

7.  The cost incurred for in-house copying of Plaintiff's Initial Disclosure documents is $30.32. The LAS-ELC charges $0.08 per page. Plaintiff's Initial Disclosure Documents consist of 379 pages.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed in San

DECLARATION OF SHARON TERMAN IN SUPPORT OF BILL OF COSTS     1

1  Francisco, California on October 16, 2007.

*[signature: Sharon Te—]*
Sharon Terman
Counsel for Plaintiff

DECLARATION OF SHARON TERMAN IN SUPPORT OF BILL OF COSTS                           2