# EXHIBIT B
Sharon Terman's Declaration
Verifying Bill of Costs

Department of Fair Employment & Housing

Check Number: 29737
Check Date: Jun 19, 2007
Duplicate
Check Amount: $18.90

| Invoice # - Description | Discount Taken | Amount Paid |
|---|---|---|
| Litigation fees Investigators | | 18.90 |

PRODUCT LM102    USE WITH 9380 ENVELOPE    NEBS To Reorder: 1-800-225-6380 or www.nebs.com    PRINTED IN U.S.A.

| Date | Description | Amount | |
|---|---|---|---|
| 6-18-07 | Copying charges for Cesar Calderon's DFEH file | 18.90 | 510 |
| | | | |
| | TOTAL | $ 18.90 | |

**DOCUMENTATION ATTACHED:**
- ✓ Invoice
- ☐ Order Form
- ☐ Filing Fee Documentation
- ☐ Receipts
- ☐ Memo explaining request

**SPECIAL INSTRUCTIONS**

☐ Need Check by: _____

☐ Give Check to: _____

The check should be made payable to Department of Fair Employment and Housing and sent to the attention of Elida M. Ramirez, Custodian of Records. Thank you!



The Legal Aid Society
EMPLOYMENT LAW CENTER

# Expense Reimbursement / Check Request

**Check to:** Department of Fair Employment and Housing
**Requested by:** Sharon Terman
**Date:** June 18, 2007
**Approved:**

| Date of Expense | Description of Expense and Purpose of Trip | Amount | Case Number/ Project Name |
|---|---|---|---|
| 6-18-07 | Copying charges for Cesar Calderon's DFEH file | 18.90 | 516 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL | $ 18.90 |  |

**DOCUMENTATION ATTACHED:**

☑ Invoice

☐ Order Form

☐ Filing Fee Documentation

☐ Receipts

☐ Memo explaining request

**SPECIAL INSTRUCTIONS**

☐ Need Check by: _____

☐ Give Check to: _____

The check should be made payable to Department of Fair Employment and Housing and sent to the attention of Elida M. Ramirez, Custodian of Records. Thank you!

STATE OF CALIFORNIA – State and Consumer Services Agency                                   ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1001 Tower Way, Ste. 250, Bakersfield, CA  93309
(661) 395-2729  TTY (800) 700-2320  Fax (661) 395-2972
www.dfeh.ca.gov


RECEIVED
JUN 18 2007
LEGAL AID SOCIETY
EMPLOYMENT LAW CENTER



June 13, 2007

Sharon Terman
THE LEGAL AID SOCIETY
600 Harrison Street, Suite #120
San Francisco, CA  94107

RE:  E 200607 H-0445-00-fpre
     <u>CALDERON/Bayside Interiors, Inc.</u>

Dear Ms. Terman:

This letter will serve to respond to your request for public documents pursuant to the provisions of the California Public Records Act, Government Code section 6250 et seq.

The Department of Fair Employment and Housing will produce all "public records," as said term is defined under Government Code section 6252, subdivision (e), except those public records specifically exempt from disclosure under Government Code sections 6254(a)-(z) and 6254.25, and those records subject to redaction pursuant to Civil Code section 1798 et seq.  Additionally, each document may be redacted to remove any "personal information," as said term is defined in Civil Code section 1798.3, subdivision (a).  Please note that each disclosure request is processed independently.

Please be advised that the Department of Fair Employment and Housing requires payment of copy and postage fees prior to the completion of processing.  Our fee for copying is ten (.10) cents per page.  (Gov. Code, § 6253 (b).)

The total amount for copy fees (**139 pages**) plus postage is **$18.90**.  Please make the check or money order payable to the Department of Fair Employment and Housing and send it to my attention at 1001 Tower Way, Suite #250, Bakersfield, CA  93309.

Please note that if timely payment is not received you may have to submit a new request.

Sincerely,

Elida M. Ramirez
Custodian of Records

DFEH-200-15 (02/06)