Patricia A. Shiu, State Bar No. 104894
Elizabeth Kristen, State Bar No. 218227
Sharon Terman, State Bar No. 237236
THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848
Facsimile:  (415) 864-8199

Attorneys for Plaintiff
Cesar Calderón

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR CALDERÓN,<br><br>   Plaintiff,<br><br> v.<br><br>BAYSIDE INTERIORS, INC.<br><br>   Defendant. | Case No. C-07-2585-CRB<br><br>**PLAINTIFF'S WITHDRAWAL OF BILL OF COSTS**<br><br>Complaint Filed:  May 16, 2007 |

  Whereas the parties have reached an agreement regarding Plaintiff's attorney's fees and costs, Plaintiff Cesar Calderón hereby withdraws his Bill of Costs filed on October 16, 2007.

Dated:   November 7, 2007       Patricia A. Shiu
                    Elizabeth Kristen
                    Sharon Terman
                    THE LEGAL AID SOCIETY
                    EMPLOYMENT LAW CENTER


                 By:  /S/ Sharon Terman
                    SHARON TERMAN

                    Attorney for Plaintiff
                    CESAR CALDERÓN